**Maria ST. CYR, Individually and on behalf of the minor child T.G., Plaintiff–Appellant**

v.

**Kelly CUNNINGHAM; Da Vita, Inc., also known as Slidell Kidney Care, also known as Slidell Kidney Care Center; Unidentified Parties; Renal Treatment Centers–Southeast, L.P., doing business as Slidell Kidney Care, Defendants–Appellees.**

No. 10–30262.

United States Court of Appeals, Fifth Circuit.

Feb. 2, 2011.

Joseph Barnwell Harvin, Esq., Harvin Law Firm, P.L.C., Slidell, LA, for Plaintiff–Appellant.

Jeremy D. Goux, Martha Dupree Bowden, Esq., Associate General Counsel, Wynne, Goux & Lobello, LLC, Covington, LA, Susan Elizabeth Henning, Kendra Leigh Duay, Esq., Edward Louis Fenasci, Esq., Curry & Friend, A.P.L.C., New Orleans, LA, for Defendants–Appellees.

Before DAVIS, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM: *

Having carefully reviewed the record on appeal, the parties' respective briefs and oral arguments, we find no reversible error in the order of the district court dismissing any and all of the claims brought by Plaintiff–Appellant Maria St. Cyr in her individual capacity. Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

